[8unclfgr] [Unclaimed Funds Order]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:	Case No. 8:05-bk-26373-CED
	Chapter 13

Nancy A Napier
aka Nancy A Gray
145 Haskett Rd.
Nokomis, FL 34275
U.S.A.

Jeffrey A Napier
145 Haskett Rd.
Nokomis, FL 34275
U.S.A.

_____Debtor*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on August 22, 2011 by Nancy A. Napier and Jeffrey A. Napier c/o Alliance Research & Recovery, Inc . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $1665.00 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Nancy A. Napier and Jeffrey A. Napier c/o Alliance Research & Recovery, Inc. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $1665.00 to the order of:

Nancy A. Napier and Jeffrey A. Napier
c/o Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

**DONE AND ORDERED** in Chambers at Tampa, Florida on _____OCT 5 2011_____.

Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.